UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case Number 5:10-HC-2009-FL-JG


UNITED STATES OF AMERICA
                    Petitioner,

        v.                                          **Judgment in a Civil Case**

DANIEL H. KING
                    Respondent.


**Decision by Court.**

This action came before the Honorable Louise W . Flanagan, United States District Judge, for determination of whether respondent should be committed as a sexually dangerous person pursuant to 18 U.S.C. § 4248 and on the Memorandum and Recommendation of United States Magistrate Judge James E. Gates.


**IT IS ORDERED AND ADJUDGED** that the court accepts and adopts the reasoning of the Magistrate Judge, and that respondent be committed to the custody of the United States Attorney General as a sexually dangerous person pursuant to 18 U.S.C. §4248.


This Judgment Filed and Entered on September 25, 2012, with service on:
Edward D. Gray; G. Norm an Acker, III; Matth ew Lee Fesak; Michael D. Bredenberg;     and
        Michael E. Lockridge (via CM/ECF Notice of Electronic Filing)
Joseph L. Bell , Jr. (via CM/ECF Notice of Electronic Filing)


September 25, 2012                        /s/ Julie A. Richards_____
                                          Clerk